CLARENCE E. BOYD, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-149—Claimant ▮▮▮▮▮▮▮)

BLUE M. ENGINEERING COMPANY, A Division of BLUE M. ELECTRIC COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 15, 1974.*

BLUE M. ENGINEERING COMPANY, A Division of BLUE M. ELECTRIC CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.